B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Garfield Kidney Center, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>42-1593904 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>3240 W. Franklin Blvd.<br>Chicago, IL<br>ZIP Code 60624 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)   Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Garfield Kidney Center, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: See Attachment | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Garfield Kidney Center, LLC |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Robert M. Fishman
Signature of Attorney for Debtor(s)

Robert M. Fishman 3124316
Printed Name of Attorney for Debtor(s)

Shaw Fishman Glantz & Towbin LLC
Firm Name

321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151  Fax: 312-980-3888
Telephone Number

July  2, 2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Paul Rundell
Signature of Authorized Individual

Paul Rundell
Printed Name of Authorized Individual

Chief Restructuring Officer
Title of Authorized Individual

July  2, 2013
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

In re   Garfield Kidney Center, LLC                                    ,    Case No. _____
                                    Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| Superior Home Health LLC<br>NDIL Eastern Division | Affiliate | |
| Westside Community Hospital Inc. d/b/a Sacred Heart Hospital<br>NDIL Eastern Division | Affiliate | |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Garfield Kidney Center, LLC                                    Case No.
                                              Debtor(s)                Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD OF ILLINOIS<br>ATTN LEGAL DEPT-BKY NOTICES<br>300 E RANDOLPH ST<br>CHICAGO, IL 60601-5099 | BLUE CROSS BLUE SHIELD OF ILLINOIS<br>ATTN LEGAL DEPT-BKY NOTICES<br>300 E RANDOLPH ST<br>CHICAGO, IL 60601-5099<br>800-654-7385 | | | 131,261.00 |
| GAMBRO RENAL PRODUCTS<br>CORPORATE OFFICE<br>14143 DENVER WEST PARKWAY<br>LAKEWOOD, CO 80401 | GAMBRO RENAL PRODUCTS<br>CORPORATE OFFICE<br>14143 DENVER WEST PARKWAY<br>LAKEWOOD, CO 80401<br>800-525-2623 | | | 23,494.00 |
| METRO MEDICAL SUPPLY CO<br>200 CUMBERLAND BEND<br>NASHVILLE, TN 37228 | METO MEDICAL SUPPLY CO<br>200 CUMBERLAND BEND<br>NASHVILLE, TN 37228<br>615-329-2002 | | | 20,322.00 |
| NATIONWIDE LABORATORY SVCS<br>2030 WEST MCNAB ROAD<br>FT. LAUDERDALE, FL 33309 | NATIONWIDE LABORATORY SVCS<br>2030 WEST MCNAB ROAD<br>FT. LAUDERDALE, FL 33309<br>407-843-6110 | | | 4,832.00 |
| ROCKWELL MEDICAL TECHNOLOGIES<br>30142 WIXOM ROAD<br>WIXOM, MI 48393 | ROCKWELL MEDICAL TECHNOLOGIES<br>30142 WIXOM ROAD<br>WIXOM, MI 48393<br>248-960-9009 | | | 2,845.00 |
| WMHS GERMANTOWN COLLECTIONS<br>1021 SOUTH MAIN<br>HOUSTON, TX 77002 | WMHS GERMANTOWN COLLECTIONS<br>1021 SOUTH MAIN<br>HOUSTON, TX 77002<br>866-931-6321 | | | 2,270.00 |
| HENRY SCHEIN INC<br>CORPORATE OFFICE<br>135 DURYEA ROAD<br>MELVILLE, NY 11747 | HENRY SCHEIN INC<br>CORPORATE OFFICE<br>135 DURYEA ROAD<br>MELVILLE, NY 11747<br>631-843-5500 | | | 1,880.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Garfield Kidney Center, LLC        Case No.
                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| H&S TECHNICAL SERVICES INC<br>1833 W MAIN ST STE 119<br>MESA, AZ 85201 | H&S TECHNICAL SERVICES INC<br>1833 W MAIN ST STE 119<br>MESA, AZ 85201<br>480-517-4918 | | | 1,799.00 |
| RAINBOW CLEANING & MAINTENANCE<br>8533 S. NEENAH<br>BURBANK, IL 60459 | RAINBOW CLEANING & MAINTENANCE<br>8533 S. NEENAH<br>BURBANK, IL 60459<br>708-307-7254 | | | 1,439.00 |
| MAR COR PURIFICATION<br>14550 28TH AVENUE NORTH<br>MINNEAPOLIS, MN 55447 | MAR COR PURIFICATION<br>14550 28TH AVENUE NORTH<br>MINNEAPOLIS, MN 55447<br>484-991-0220 | | | 1,314.00 |
| HEMA SOURCE, INC<br>4158 W. NIKE DR STE B<br>WEST JORDAN, UT 84088 | HEMA SOURCE, INC<br>4158 W. NIKE DR STE B<br>WEST JORDAN, UT 84088<br>888-844-4362 | | | 1,296.00 |
| BAXTER HEALTHCARE CORPORATE OFFICE<br>ONE BAXTER PARKWAY<br>DEERFIELD, IL 60015 | BAXTER HEALTHCARE CORPORATE OFFICE<br>ONE BAXTER PARKWAY<br>DEERFIELD, IL 60015<br>224-948-2000 | | | 923.00 |
| WASTE MANAGEMENT CORPORATE OFFICE<br>1001 FANNIN, STE 4000<br>HOUSTON, TX 77002 | WASTE MANAGEMENT CORPORATE OFFICE<br>1001 FANNIN, STE 4000<br>HOUSTON, TX 77002<br>713-512-6200 | | | 743.00 |
| UNITED STATES PLASTIC CORP<br>1390 NEUBRECHT RD<br>LIMA, OH 45801 | UNITED STATES PLASTIC CORP<br>1390 NEUBRECHT RD<br>LIMA, OH 45801<br>419-228-2242 | | | 394.00 |
| INLANDER BROTHERS INC<br>7701 S. CLAREMONT AVE<br>CHICAGO, IL 60620 | INLANDER BROTHERS INC<br>7701 S. CLAREMONT AVE<br>CHICAGO, IL 60620<br>773-778-1600 | | | 339.00 |
| INTERNATIONAL EXTERMINATOR<br>100 LIVELY BLVD<br>ELK GROVE VILLAGE, IL 60007 | INTERNATIONAL EXTERMINATOR<br>100 LIVELY BLVD<br>ELK GROVE VILLAGE, IL 60007<br>847-439-4488 | | | 154.00 |
| PRIME TIME SPORTS, LLC<br>220 W. CAMPUS DR. UNIT C<br>ARLINGTON HEIGHTS, IL 60004 | PRIME TIME SPORTS, LLC<br>220 W. CAMPUS DR. UNIT C<br>ARLINGTON HEIGHTS, IL 60004<br>847-637-3500 | | | 128.00 |
| LEE MEDICAL INTERNATIONAL<br>612 DISTRIBUTORS ROW<br>HARAHAN, LA 70123 | LEE MEDICAL INTERNATIONAL<br>612 DISTRIBUTORS ROW<br>HARAHAN, LA 70123<br>504-734-9336 | | | 110.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Garfield Kidney Center, LLC                               Case No.

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PDI COMMUNICATION SYSTEMS 40 GREENWOOD LANE SPRINGBORO, OH 45066 | PDI COMMUNICATION SYSTEMS 40 GREENWOOD LANE SPRINGBORO, OH 45066 800-628-9870 | | | 96.00 |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  July 2, 2013                             Signature  /s/ Paul Rundell
                                                          Paul Rundell
                                                          Chief Restructuring Officer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   Garfield Kidney Center, LLC                       Case No.
                                                    Debtor(s)                       Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:        49

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   July  2, 2013                         /s/ Paul Rundell
                                               Paul Rundell/Chief Restructuring Officer
                                               Signer/Title

```
ADEL NOUH
740 BRIAR HILL
ADDISON, IL 60101


ALEXIS MORALES
4613 S RICHMOND ST
2 FL
CHICAGO, IL 60632


AMANDA VAZQUES
1904 N LAWNDALE
CHICAGO, IL 60647


ANNE CASES
4011 N OKETO AVE
NORRIDGE, IL 60706


AURELIA MCCOY
1308 N. BELL
CHICAGO, IL 60622


BAXTER HEALTHCARE
CORPORATE OFFICE
ONE BAXTER PARKWAY
DEERFIELD, IL 60015


BAXTER HEALTHCARE
PO BOX 70564
CHICAGO, IL 60673


BERNADETTE GENIDO
228 WILDWOOD CT
BLOOMINGDALE, IL 60108


BLUE CROSS BLUE SHIELD OF ILLINOIS
ATTN LEGAL DEPT-BKY NOTICES
300 E RANDOLPH ST
CHICAGO, IL 60601-5099


BLUECROSS BLUESHIELD OF ILLINOIS
IL DIRECTOR OF INSURANCE REG AGENT
100 W RANDOLPH ST STE 9-301
CHICAGO, IL 60601-3395
```

```
COMED
LEGAL REVENUE RECOVERY/CLAIMS
THREE LINCOLN CENTER
OAKBROOK TERRACE, IL 60181


Cook County Treasurer
Law Dep't.
118 North Clark Street
Chicago, IL 60602


DAVID VEGA
1233 N MONTICELLO
CHICAGO, IL 60651


DEVON BAXTER
3037 W BELLE PLAINE
#3
CHICAGO, IL 60618


DONNA PHIPPS-LUCKETT
942 DUNLOP AVE
FOREST PARK, IL 60130


EDWARD J HALPER
SHEFSKY & FROELICH LTD
111 E WACKER #2800
CHICAGO, IL 60601


FELY TAN
339 CLUBHOUSE ST
BOLINGBROOK, IL 60490


FIRSTMERIT BANK N.A.
678 LEE STREET
DES PLAINES, IL 60016


GAMBRO RENAL PRODUCTS
CORPORATE OFFICE
14143 DENVER WEST PARKWAY
LAKEWOOD, CO 80401


GUADALUPE GUEVARA
2519 S OAK PARK
BERYWN, IL 60402
```

```
H&S TECHNICAL SERVICES INC
1833 W MAIN ST STE 119
MESA, AZ 85201


HEMA SOURCE, INC
4158 W. NIKE DR STE B
WEST JORDAN, UT 84088


HENRY SCHEIN INC
CORPORATE OFFICE
135 DURYEA ROAD
MELVILLE, NY 11747


ILLINOIS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 64338
CHICAGO, IL 60664-0338


INLANDER BROTHERS INC
7701 S. CLAREMONT AVE
CHICAGO, IL 60620


INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q30.133
PHILADELPHIA, PA 19104-5016


INTERNAL REVENUE SERVICE
BANKRUPTCY NOTICING DEPT.
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNATIONAL EXTERMINATOR
100 LIVELY BLVD
ELK GROVE VILLAGE, IL 60007


IVAN CHAVEZ
1108 KINMONTH DR.
JOLIET, IL 60433


JASON ROGERS
1850 W OAKDALE
CHICAGO, IL 60695
```

```
JULIAN SANTOS
7325 SUMMIT RD
DARIEN, IL 60561


KATHLEEN DEPADUA
4523 N KILDARE AVE
CHICAGO, IL 60630


LEE MEDICAL INTERNATIONAL
612 DISTRIBUTORS ROW
HARAHAN, LA 70123


LESLIE QUIAMBAO
2915 N 76TH AVE
ELMWOOD, IL 60707


MAR COR PURIFICATION
14550 28TH AVENUE NORTH
MINNEAPOLIS, MN 55447


METRO MEDICAL SUPPLY CO
200 CUMBERLAND BEND
NASHVILLE, TN 37228


NATIONWIDE LABORATORY SVCS
2030 WEST MCNAB ROAD
FT. LAUDERDALE, FL 33309


OFFICE OF THE ILLINOIS ATTORNEY GENERAL
REVENUE LITIGATION BUREAU
100 W RANDOLPH ST., 13TH FL
CHICAGO, IL 60601


OFFICE OF THE U.S. ATTORNEY GENERAL
U.S. DEPT. OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001


PDI COMMUNICATION SYSTEMS
40 GREENWOOD LANE
SPRINGBORO, OH 45066


PRIME TIME SPORTS, LLC
220 W. CAMPUS DR. UNIT C
ARLINGTON HEIGHTS, IL 60004
```

RAFAEL PANAGUITON
5810 W ADDISON ST
CHICAGO, IL 60634


RAINBOW CLEANING & MAINTENANCE
8533 S. NEENAH
BURBANK, IL 60459


ROCKWELL MEDICAL TECHNOLOGIES
30142 WIXOM ROAD
WIXOM, MI 48393


ROSE SHARON GIMAY
4011 N OKETO AVE
NORRIDGE, IL 60706


SECURITIES AND EXCHANGE COMMISSION
175 W JACKSON BLVD
STE 900
CHICAGO, IL 60604


UNITED STATES PLASTIC CORP
1390 NEUBRECHT RD
LIMA, OH 45801


WASTE MANAGEMENT
CORPORATE OFFICE
1001 FANNIN, STE 4000
HOUSTON, TX 77002


WMHS GERMANTOWN COLLECTIONS
1021 SOUTH MAIN
HOUSTON, TX 77002