UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-27091 |
| WEST SIDE COMMUNITY HOSPITAL | ) | (Jointly Administered) |
| INC., ET AL., | ) | Chapter: 11 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE IN BANKRUPTCY CASES OF GARFIELD KIDNEY CENTER, LLC, AND SUPERIOR HOME HEALTH, L.L.C.**

Upon consideration of the motion of Richard M. Fogel, the liquidating trustee (the "Trustee") for the Liquidation Trust of West Side Community Hospital, Inc., Garfield Kidney Center, LLC and Superior Home Health, L.L.C. (the "Liquidating Trust"), for entry of a final decree in the bankruptcy cases of Garfield Kidney Center, LLC, and Superior Home Health, L.L.C. (the "Motion"); it appearing that there is good cause to grant the relief requested; and there being no objection to such relief;

IT IS HEREBY ORDERED.

1. The Motion is granted.

2. A final decree is hereby entered in the bankruptcy case of Garfield Kidney Center, LLC, and Case No. 13-27092, pending in the United States Bankruptcy Court for the Northern District of Illinois, is hereby closed.

3. A final decree is hereby entered in the bankruptcy case of Superior Home Health, L.L.C., and Case No. 13-27093, pending in the United States Bankruptcy Court for the Northern District of Illinois, is hereby closed.

Enter:

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated: September 23, 2015

**Prepared by:**

David R. Doyle (#6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
312-980-3864
ddoyle@shawfishman.com

Counsel to the Trustee